# OFFICE OF THE FEDERAL PUBLIC DEFENDER
## NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Albany Office | Syracuse Office |
| 39 NORTH PEARL ST. | 4 CLINTON SQUARE |
| 5TH FLOOR | 3RD FLOOR |
| ALBANY, NY 12207 | SYRACUSE, NY 13202 |
| (518) 436-1850 | (315) 701-0080 |
| (518) 436-1780 FAX | (315) 701-0081 FAX |

**RESPOND TO SYRACUSE OFFICE**

**Lisa Peebles**
**Federal Public Defender**

January 14, 2013

The Honorable Gary L. Sharpe
Chief United States District Court
James T. Foley - U.S. Courthouse
445 Broadway
Albany, NY 12207-2924

RE:   UNITED STATES V. ROBERT LAWRENCE
      CASE NO. 92-CR-35 (NPM)

Dear Chief Judge Sharpe,

      The Supreme Court recently held that it violates the Eighth Amendment's prohibition against cruel and unusual punishment to sentence a juvenile offender to life in prison without the possibility of parole for homicide offenses.  *See Miller v. Alabama*, 132 S.Ct. 2455 (2012). Following this decision, our Office was recently informed by the Sentencing Resource Counsel for the Federal Public and Community Defenders that Robert Lawrence was sentenced to life imprisonment without the possibility of parole in the above-referenced case for offenses he committed as a juvenile.  As it appears that Mr. Lawrence may be eligible for relief, we contacted him to see whether he would like our Office to seek appointment to represent him in a *habeas corpus* petition under 28 U.S.C. § 2255.  Mr. Lawrence indicated that he had not filed a *habeas corpus* petition, confirmed his indigence, and requested our assistance.  Therefore, we respectfully request that this Court appoint our Office to represent Mr. Lawrence on his forthcoming *habeas corpus* petition under 28 U.S.C. § 2255.

      Very truly yours,
      OFFICE OF THE FEDERAL PUBLIC DEFENDER

By:   /s/
      Lisa A. Peebles, Esq.
      Federal Public Defender

cc:   Robert Lawrence