

## U.S. Department of Justice

United States Attorney
Northern District of New York

100 South Clinton Street
Syracuse, New York 13261
Phone: 315-448-0672/Fax: 315-448-0658

May 24, 2013

Hon. David N. Hurd
United States District Judge
Room 300, U.S. Courthouse
10 Broad Street
Utica, NY 13501

      Re:    *United States v. Robert Lawrence*
              Criminal Action No. 92-CR-35 (DNH)

Dear Judge Hurd:

      On February 22, 2013, the public defender filed a motion pursuant to 28 U.S.C. § 2255 to vacate the sentence imposed on Robert Lawrence in connection with his conviction for the October 30, 1990 murder of DEA task force agent Wallie Howard. The court has scheduled a motion response to be filed by the Government by May 28, 2013 with the motion returnable on submit on June 14, 2013. For the reasons stated below, the Government respectfully requests that the Court allow the Government to submit it response to this motion on June 14, 2013.

      Since the filing of the motion, the Government has requested the return of a voluminous number of files from the Federal Records Center which are under review. The undersigned has also been involved in the preparation and trial of *United States v. Zhang*, which concluded on May 14, 2013. This past month, I have been away from the office with the illness and ultimate passing of a close family member.

      For the above reasons, the Government respectfully requests an adjournment for filing its motion response until June 14, 2013.

                                Respectfully submitted,

                                RICHARD S. HARTUNIAN
                              United States Attorney

                              /s/ *John G. Duncan*
               By:    John G. Duncan
                      Executive Assistant U.S. Attorney

cc:     Lisa A. Peebles, FPD