I, Maureen Julien, give permission to Carol
Ackerson to have guardianship of my son
Robert while he attends school in her area.
guardianship belongs to Bright Massey and
Carol Ackerson,                    Miss Maureen Julien

STATE OF NEW YORK }
COUNTY OF Kings } ss:

On this 23 day of April 19__ before me personally
appeared Maureen Julien _____ to me known and known to me to be
the individual described in and who executed the foregoing instrument has duly acknowledged
to me that he executed the same.

STUART M. COLDMAN
Notary Public, State of New York
No. 24-4735664 ¢ Qual. in Kings County
Commission Expires March 30, 19__

# IDEAS: Interest Determination, Exploration, and Assessment System®

Name __Robert Lawrence__ (print)   Sex __M__   Today's Date __11/25/86__

School __IS 320__   Your Grade __7__ (6, 7, or 8)   Your Age __13__



**Profile Section Grades 6-8**

| | Realistic | | | Investigative | Artistic | | Social | | | Enterprising | | Conventional | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Mechanical/Fixing | Electronics | Nature/Outdoors | Science | Numbers | Writing | Arts/Crafts | Social Service | Child Care | Medical Service | Business | Sales | Office Practices | Food Service |
| | MEC | ELE | NAT | SCI | NUM | WRI | ART | SOC | CHI | MED | BUS | SAL | OFF | FOO |
| Your Totals from p. 4 → | 7 | 15 | 16 | 14 | 23 | 18 | 15 | 15 | 23 | 19 | 22 | 17 | 20 | 21 |

THIS PAGE IS TO BE KEPT BY THE COUNSELOR OR TEACHER

Go on to page 8

6

NAME  Lawrence                    Robert                    DATE  11/25/86
        (Last)              (First)
ADDRESS  543  21st Apt Dr                          Date of Birth  12/9/73

City  Brooklyn            State  N.Y.   Zip Code  11216   School  320

Phone (Area Code)  495-0204                              Class  794

Social Security  Yes #  103-104-4045          No_____   Room  206B

1) Do you have any brothers or sisters?    Yes ✓   No ____

2) What is your favorite sport?  Football

   Do you watch this sport?  ✓
                            Yes                    No

   Do you play this sport?  ✓
                            Yes                    No ✓

3) Have you ever had a job?  ____
                            Yes                    No ✓

   If yes, please describe: _____

4) When you graduate from school (high school or college), what kind of work would
   you like to do?  I want to be a football
   player.

   Have you done this type of work before?  ____
                                            Yes              No ✓

5) What are your hobbies? (things you do when not in school)  football

6) What do you like to read?  Books_____ Magazines_____ Newspapers_____
                            Comic Books ✓  T.V. Guide_____ Catalog (Sears)_____

7) What is your favorite school subject?  Reading

8) What are your responsibilities at home?  the bathroom.

9) List at least 1 positive thing about
   yourself:  Im brave

10) List 1 thing you want to change about yourself:  My hair

Board of Education of the City of New York — Bureau of Elementary of Schools

*FOR SCHOOL USE ONLY* #769

110 Livingston Street, Brooklyn, New York, 11201

## ADMISSION FORM FOR NEW ENTRANTS

(To be filled out in advance by the parent, PLEASE PRINT)

Date of Registration ...........
Date of Admission ...........
Admitted to Class ...... K. G. 72
Room ...........
Teacher ...........

To School No. ...... P 152 K ...... Boro ......

Name ...... ROBERT    JULIEN    Sex M ☑ F ☐    Date of Birth ...... 12 / 9 / 73
     Last     First     Middle                                    Mo.     Day     Year

Place of Birth ...... New York

Proof of Age: (Check One) Birth Certificate ☐ Number ......
Baptismal ☐
Other Proof ☑ 156-73-335 737

Date of Vaccination ......

Date of Immunization Against Diphtheria ...... Nurse ...... Against Polio ......

Did your child attend a child health station? ...... When? ......

Do you wish the school doctor to examine your child? Yes ...... No ......

Father's Full Name ...... Robert    Lawrence ...... Birthplace ...... N. C. ...... Deceased ☐ Year ......
     Last     First     Middle

Mother's Full Name ...... Alice    Marie ...... Surname ...... Trinidad ...... Birthplace ...... Deceased ☐ Year ......
     Last     First     Middle

Name of person with whom pupil lives if other than both parents ...... Emma Saunders ...... Relationship ...... Baby Sitter

Language spoken in home ...... English ...... Placement agency, if any ......

How many older brothers? ...... How many older sisters? ...... How many younger brothers? ...... How many younger sisters? ......

Address ...... 618 E. 21 St. ...... Bklyn    11226 N.Y. 1    A. E
     Number    Street     Borough     Zone     Floor    Apartment    Private House

Home Telephone No. ...... 693-7314 ...... Business Telephone No. ...... NO K

Did your child attend a pre-kindergarten class? ...... Yes ...... Where? ...... P S 398

Name and Address of previous school, if any ...... Emma Saunders ...... Last Grade Completed ......

Person to contact if parent is not available ...... Emma Saunders ...... Relationship ...... 693 7314
                                                          Name                    Telephone No.

2107 Beverly Rd.    1 D
     Address     Apartment

25-0250.00.4 (1400 PKGS.) 5/74

---

2nd Request    Date 1/4/90

To Whom It May Concern:

Robert Lawrence Julien, D.O.B. 12/9/73, Grade 11 has
enrolled in our school. Please forward all records including
courses, grades (including current grade and grading code),
attendance, standardized test scores, health records, and
special education information (if applicable).

At the secondary level, please include credits earned,
competency results (where applicable), and any other
pertinent information. Thank you for your cooperation.

GUIDANCE DEPARTMENT

DISCH Please send to:
REASON ......
DATE 1/8/90

School ...... Henninger High School
Address ...... 600 Robinson Street
          Syracuse, New York 13206
Attention ......

| BORO | DISTRICT | SCHOOL NO. | GRADE | CLASS | | ROOM | N.Y.C. STUDENT ID. NO. | | |
|------|----------|------------|-------|-------|--|------|------------------------|--|--|
| K | 22 | 152 | 4 | 208 | | | 201-090-683 | | |

| STUDENT NAME (LAST, FIRST, M.I.) | | | | SEX | | BIRTHDATE | |
|--|--|--|--|--|--|--|--|
| Lawrence    Robert | | | | M☒  F☐ | | 12/9/73 | |

| PRESENT ADDRESS | APT/FLOOR | BORO | ZIP CODE |
|-----------------|-----------|------|----------|
| 618 E. 21 St. | | K | |

| PARENT NAME | TEL. NO. |
|-------------|----------|
| Maureen Julius | |

| ADM. | CODE | EFFECTIVE DATE | PREVIOUS BORO/DIST./SCH. NO. | ADMIT DOC. NO. | RDG. GRADE | TEST DATE |
|------|------|----------------|------------------------------|----------------|------------|-----------|
| ☒ | | 2/21/84 | 18 138K | | | |

| PREVIOUS ADDRESS | APT/FLOOR | BORO | ZIP CODE |
|------------------|-----------|------|----------|
| (re-admit) | | | |

| DISCH. | CODE | EFFECTIVE DATE | NEW BORO/DIST./SCH. NO. | DISCH. DOC. NO. | RDG. GRADE | TEST DATE |
|--------|------|----------------|-------------------------|-----------------|------------|-----------|
| ☐ | | | | | | |

| NEW ADDRESS | APT/FLOOR | BORO | ZIP CODE |
|-------------|-----------|------|----------|
| | | | |

| INTER-CLASS/ INTER-GRADE TRANSFER | EFFECTIVE DATE | PREVIOUS GRADE/CLASS/ROOM | COMMENTS |
|--|--|--|--|
| ☐ | | | |

| SIGNATURE |
|-----------|
| R. Campbell |

...OF ADMISSION/DISCHARGE/TRANSFER, Form OSIS–101 (9/83)   N.Y.C. Board of Education

...UIDANCE

Page No.

BOARD OF EDUCATION OF THE CITY OF NEW YORK
110 LIVINGSTON STREET, BROOKLYN, N.Y. 11201
DIVISION OF SPECIAL EDUCATION

OSIS # 201-090-2
DATA BANK # A 2128 775
DATE OF PHASE I CONFERENCE 3/10/88

## INDIVIDUALIZED EDUCATION PROGRAM — PHASE I

Student's Name (last) _Lawrence_ (first) _Robert_ DOB 12/17/73 Sex M

Address _618 E 21 St_ Apt

_Brooklyn N.Y_ Zip Code 11226 Home District

Name of Parent/Guardian _Maureen Julien_

Language of notices and conferences _English_

Home Phone _693 0738_ Business Phone

Language(s) student speaks _English_

Special Alerts _none_

## RECOMMENDATIONS

Classification _Learning Disabled_

Program(s) (e.g., special class, related services, etc.) _Special Class and Related Services_

Service Category (Specify language if service is bilingual e.g., bilingual counseling - Spanish) _Modified Instructional Services II_

Resource Room: Days per week _____ Periods per day _____

Class Size and Staffing _15:1:1_ Projected Date of Initiation of Service _On going_

## RELATED SERVICES RECOMMENDED BY SBST/CSE (If none, so indicate)

| Services(s) Recommended | Sessions Per Week | Minutes Per Session | Maximum Group Size |
|---|---|---|---|
| | 1 | 40 | 5 |

TRANSPORTATION REQUIRED (Check if required)

☐ Special transportation—Specify:

COPY 2 - PARENT

The University of the State of New York
THE STATE EDUCATION DEPARTMENT
High School Equivalency Program
Albany, New York 12234

## HIGH SCHOOL EQUIVALENCY DIPLOMA TRANSCRIPT

A High School Equivalency Diploma is awarded by the New York State Education Department to any candidate who meets the requirements listed on the reverse side of this form. The test scores that enabled you to qualify for a New York State High School Equivalency Diploma are listed below. Your diploma number and the date that it was issued are provided below at the right.

| Name of Test | Test No. | Test Score |
| --- | --- | --- |
| Writing Skills | 1 | 41 |
| Social Studies | 2 | 51 |
| Science | 3 | 47 |
| Interpreting Literature & the Arts | 4 | 44 |
| Mathematics | 5 | 44 |
| | Total | 227 |

Diploma No. 96L059726
Date Issued 08/05/97
ID Number 803-000129510
Date of Birth 12/09/73

ROBERT LAWRENCE

BOX 500

ELMIRA                    NY 14902



The
University of the
Education
State of New York
Department

Be it known that

ROBERT LAWRENCE

having satisfactorily completed the requirements prescribed by
the Commissioner of Education is thereby entitled to this

High School Equivalency Diploma

In Witness Whereof the Regents issue this diploma
under seal of the University at Albany in

AUGUST 1997

President of the University
and Commissioner of Education

L059726



State of New York - Department of Correctional Services

# Food Service Training

ROBERT LAWRENCE

*has successfully completed the*

*16 week training program in*

*Food Handling and Sanitation Practices*

ELMIRA
*Facility*

4/96
*Date of Completion*

*Superintendent*

Howard Dean
*Director of Nutritional Services*

*Instructor, Vocational*

*Instructor, Food Service*



STATE OF NEW YORK · DEPARTMENT OF CORRECTIONAL SERVICES

*Certificate of Merit*

THIS IS TO CERTIFY THAT

Robert Lawrence   91B0903

Has successfully completed a __32__ hour course in
Basic Legal Research and Law Library Management

At _____ Clinton _____ Correctional Facility

issued this _____ 10th _____ day of __June, 2002__

DOCS' Law Library Coordinator

Superintendent

FORM 3250 (2/94)          STATE OF NEW YORK - DEPARTMENT OF CORRECTIONAL SERVICES

## INMATE PROGRESS REPORT

Correctional Facility _Clinton_          Name of Program _Law Library Main_

Name _Robert Lawrence_          Din # _91B0903_   Housing Unit _8-3-20_  Date _3/25/02_

(Check one)

| | | |
|---|---|---|
| PAY INCREASE | _____ | READING LEVEL _12⁺_ |
| PAY DECREASE | _____ | GED OR H. S. DIP.   YES ✓ NO ___ |
| GENERAL EVALUATION | ✓ | DATE ENTERED PROGRAM _N/A_ |
| FINAL EVALUATION | _____ | PAY ITEM NUMBER _633311_ |

| | EXCELLENT | ABOVE AVERAGE | AVERAGE | BELOW AVERAGE | POOR |
|---|---|---|---|---|---|
| ATTENDANCE/PUNCTUALITY | | | ✓ | | |
| INTEREST IN PROGRAM ASSIGNMENT | | ✓ | | | |
| EFFORT AND INITIATIVE | | ✓ | | | ~ |
| ATTITUDE TOWARD PEERS | | | ✓ | | |
| ATTITUDE TOWARD AUTHORITY FIGURES | | | ✓ | | |
| FOLLOWS RULES AND SAFETY PRACTICES | | | ✓ | | |
| ABILITY TO FOLLOW DIRECTIONS | | ✓ | | | |
| QUALITY OF WORK | | ✓ | | | |
| DISPLAYS SELF CONTROL | | | ✓ | | |
| DEPENDABILITY | | ✓ | | | |
| APTITUDE/EMPLOYABILITY | | ✓ | | | |

Explain inmate's accomplishments while in your program or work detail:

Inmate Lawrence has learned many facets of the Law Library operation and has performed all tasks asked of him in an above Satisfactory manner.

List job titles, or special skills acquired:

Inmate Lawrence is currently responsible for the delivery and pick-up of Law Books and materials to inmates who are on keep-lock status. He will often assist as well with other

General comments: responsibilities such as Book counter or assisting inmate patrons with general Legal Research.
Inmate Lawrence is a hard work who should continue to excel in the manner he is going.

_____
Inmate's Signature

_____          _CO_          _3-22-01_
Employee's Signature          Title          Date

Distribution:    White - *Evaluator*,    Yellow - *Inmate*,    Pink - *Guidance*

Adm'16

STATE OF NEW YORK
DEPARTMENT OF CORRECTIONAL SERVICES
**GREAT MEADOW CORRECTIONAL FACILITY**
***APPROVAL FORM FOR DISBURSEMENTS IN EXCESS OF $100.00***

Inmate name *Lawrence Robert*   DIN *91B0903*   Date *5-20-05*

Recipient name *Maureen Peters*   Address *1416 Brooklyn Ave Apt 3-D*
*Brooklyn NY. 11210.*

Disbursement amount *$12,358.56*

Is the inmate the author of this disbursement form?   Yes ☑   No ☐
Is it of his own free will, or as a result of compulsion in any form? *free will*

The relation of the recipient to the inmate? *mother*
The length of this relationship, if "friend". *N/A*
How did the inmate come to know this friend? *N/A*

Has this "friend" ever corresponded with the inmate in any manner? *N/A*
If the recipient is a relative, in what manner are they related? *mother/son*
Has the "relative" corresponded with the inmate in any manner? *yes*
Are any of these relationships verifiable? *yes*
The reason for the disbursements? *wants her to have it*

Is the disbursement in consideration of any service performed within the correctional facility in any manner, either by another inmate or staff? *No.*

Can this be verified? *N/A*
Was all of the above information verified?   Yes ☑   NO ☐
Any other information as would seem appropriate. *No.*

Comments_____

**Counselor:** recommend approval ☑ disapproval ☐   Comments_____

**Administrative/Housing Lieutenant:** approval ☑ disapproval ☐
Comments_____

Lieutenant *[signature]*                    Counselor *Robert Clark*
       Signature                                      Signature
Distribution: White - inmate security file   Yellow - inmate guidance folder   Pink - business office

# STATE OF NEW YORK
## DEPARTMENT OF HEALTH
## AFFIDAVIT, LICENSE and
## CERTIFICATE OF
## MARRIAGE

COUNTY Washington
CITY/TOWN Fort Ann
DISTRICT NUMBER
REGISTER NUMBER 5754

STATE FILE NUMBER (THIS SPACE FOR STATE USE ONLY)

☐ SUPPLEMENTAL FILE _____

### AFFIDAVIT

**BRIDE/GROOM/SPOUSE**

1. A. FULL NAME — FIRST: Rodney  MIDDLE: Lawrence, Jr.  CURRENT SURNAME: ____
B. BIRTH NAME, IF DIFFERENT: Same
C. SURNAME AFTER MARRIAGE (OPTIONAL - SEE REVERSE): Same
D. SOCIAL SECURITY NUMBER: 240 64 1417

2. RESIDENCE A. (STATE): NY  B. (COUNTY): Wash.
C. CHECK ONE AND SPECIFY: ☐CITY ☐TOWN ☐VILLAGE — Comstock
D. STREET ADDRESS: 139 St. Rt. 22  ZIP: 12821
E. IS RESIDENCE WITHIN LIMITS OF CITY OR INCORPORATED VILLAGE? YES☐ NO☑

3. A. AGE: 38  B. DATE OF BIRTH: 12/9/73  C. SEX (OPTIONAL): M

4. EMPLOYMENT
A. USUAL OCCUPATION: ____
B. TYPE OF INDUSTRY OR BUSINESS: ____

5. PLACE OF BIRTH: Brooklyn, NY (CITY, STATE / COUNTRY, IF NOT USA)

6. FATHER OR PARENT
A. NAME (OR MAIDEN NAME, IF APPLICABLE): Bobby Lawrence
B. COUNTRY OF BIRTH: USA

7. MOTHER OR PARENT
A. NAME (OR MAIDEN NAME, IF APPLICABLE): Maureen Julien
B. COUNTRY OF BIRTH: Trinidad

8. NUMBER OF THIS MARRIAGE: ____

9. PREVIOUS MARRIAGES
A. NUMBER OF PREVIOUS MARRIAGES WHICH ENDED BY
DIVORCE: ____  CIVIL ANNULMENT: ____  DEATH: ____
B. HOW DID LAST MARRIAGE END? DIVORCE☐(3) ANNULMENT☐(3) DEATH☐(2)
C. DATE LAST MARRIAGE ENDED: ____ MM/DD/YYYY
D. ARE ANY FORMER SPOUSE(S) ALIVE? YES☐ NO☐

10. IF PREVIOUSLY DIVORCED OR ANNULLED, PROVIDE THE FOLLOWING INFORMATION
DATE OF DECREE (MONTH, DAY, YEAR) | PLACE ISSUED (CITY/COUNTY, STATE/COUNTRY, IF NOT USA) | AGAINST WHOM SELF SPOUSE
1ST ____ ☐ ☐
2ND ____ ☐ ☐
3RD ____ ☐ ☐
4TH ____ ☐ ☐

**BRIDE/GROOM/SPOUSE**

11. A. FULL NAME — FIRST: Gwendolyn  MIDDLE: Morton  CURRENT SURNAME: Morrow
B. BIRTH NAME, IF DIFFERENT: Morton
C. SURNAME AFTER MARRIAGE (OPTIONAL - SEE REVERSE): Gwandolyn Morton Lawrence
D. SOCIAL SECURITY NUMBER: 246 85 1087

12. RESIDENCE A. (STATE): NY  B. (COUNTY): Onecica
C. CHECK ONE AND SPECIFY: ☐CITY ☐TOWN ☐VILLAGE — Syracuse
D. STREET ADDRESS: POB 387  ZIP: 13205
E. IS RESIDENCE WITHIN LIMITS OF CITY OR INCORPORATED VILLAGE? YES☐ NO☐

13. A. AGE: 40  B. DATE OF BIRTH: 9/13/71  C. SEX (OPTIONAL): F

14. EMPLOYMENT
A. USUAL OCCUPATION: Sterile Supply Tech.
B. TYPE OF INDUSTRY OR BUSINESS: ____

15. PLACE OF BIRTH: Trenton, NJ (CITY, STATE / COUNTRY, IF NOT USA)

16. FATHER OR PARENT
A. NAME (OR MAIDEN NAME, IF APPLICABLE): Unknown
B. COUNTRY OF BIRTH: ____

17. MOTHER OR PARENT
A. NAME (OR MAIDEN NAME, IF APPLICABLE): Birtha Morrow
B. COUNTRY OF BIRTH: USA

18. NUMBER OF THIS MARRIAGE: ____

19. PREVIOUS MARRIAGES
A. NUMBER OF PREVIOUS MARRIAGES WHICH ENDED BY
DIVORCE: ____  CIVIL ANNULMENT: ____  DEATH: ____
B. HOW DID LAST MARRIAGE END? DIVORCE☐(3) ANNULMENT☐(3) DEATH☐(2)
C. DATE LAST MARRIAGE ENDED? ____
D. ARE ANY FORMER SPOUSE(S) ALIVE? YES☐ NO☐ MM/DD/YYYY

20. IF PREVIOUSLY DIVORCED OR ANNULLED, PROVIDE THE FOLLOWING INFORMATION
DATE OF DECREE (MONTH, DAY, YEAR) | PLACE ISSUED (CITY/COUNTY, STATE/COUNTRY, IF NOT USA) | AGAINST WHOM SELF SPOUSE
1ST ____ ☐ ☐
2ND ____ ☐ ☐
3RD ____ ☐ ☐
4TH ____ ☐ ☐

I duly swear/affirm, depose and say, that to the best of my knowledge and belief that the information I provided is true and that I declare that no legal impediment exists as to my right to enter into the marriage state.

21. SIGNATURE ► ____ USE CURRENT NAME
22. SIGNATURE ► Gwendolyn Morrow Lawrence USE CURRENT NAME

23. SUBSCRIBED AND SWORN TO/AFFIRMED BEFORE ME — SIGNATURE OF TOWN OR CITY CLERK: Mary Jane Godfrey  DATE 04/06/12

### LICENSE

This license authorizes the marriage in New York State of the parties named above by any person authorized by New York State Domestic Relations Law § 11 to perform marriage ceremonies within New York State. THIS LICENSE VALID IN NEW YORK STATE ONLY.
☐ If checked, this license is to be used only for the purpose of a second or subsequent ceremony.

24. TOWN OR CITY CLERK
NAME (PRINT): Mary Jane Godfrey
SIGNATURE: Mary Jane Godfrey  DATE 04/06/12
MAILING ADDRESS: POB 314, Fort Ann, NY 12827

SEAL

25. A. SOLEMNIZATION PERIOD BEGINS
TIME 1:50 AM | MONTH 04 | DAY 07 | YEAR 12
25. B. SOLEMNIZATION PERIOD ENDS AT MIDNIGHT ON:
MONTH 06 | DAY 05 | YEAR 12

### CERTIFICATE

I CERTIFY THAT I SOLEMNIZED THE MARRIAGE OF THE PARTIES NAMED ABOVE ON THE DATE AND AT THE TIME AND PLACE INDICATED.

26. SOLEMNIZATION OCCURRED
TIME 1:15 PM | MONTH/DAY/YEAR 04-27-12

27. TYPE OF CEREMONY
0 ☐ RELIGIOUS  1 ☑ CIVIL  ☐ OTHER, SPECIFY

28. PLACE WHERE MARRIAGE OCCURRED
A. STATE: NEW YORK
B. COUNTY: WASHINGTON

29. OFFICIANT
NAME (PRINT): Ruth M. Cartier  Former TITLE: Town Justice #161
SIGNATURE: Ruth M. Cartier  DATE: April 27, 2012
MAILING ADDRESS: 3 Cartier Lane, Fort Ann New York 12827

28. C. LOCATION OF CEREMONY (CHECK ONE AND SPECIFY): Hamlet
CITY☐ TOWN☐ VILLAGE☐ OF (SPECIFY): Comstock
NAME OF LOCALITY

30. WITNESS TO CEREMONY
NAME (PRINT): Raymond Walker
SIGNATURE: Raymond Walker

31. WITNESS TO CEREMONY
NAME (PRINT): Serena Ogletree
SIGNATURE: Serena Ogletree

NOTE: OFFICIANT MUST RETURN LICENSE TO ISSUING CLERK WITHIN FIVE DAYS OF SOLEMNIZATION.

DOH-08 (7/2011)

## STATE OF NEW YORK – DEPARTMENT OF CORRECTIONAL SERVICES
## GREAT MEADOW CORRECTIONAL FACILITY
### *OFFICE OF FAMILY SERVICES*
### INTERDEPARTMENTAL COMMUNICATION

TO:        S. Racette, Superintendent

FROM:      E. White, Family Services Coordinator

DATE:      May 4, 2012

SUBJECT:   MARRIAGE CEREMONY for   <u>LAWRENCE 91-B-0903</u>

Please be advised that the above named inmate and GWENDOLYN MORROW of Syracuse, NY were married in the Small Visiting Room at Great Meadow Correctional Facility on April 27, 2012.

Ruth Cartier performed the ceremony.  Mary Jane Godfrey, Fort Ann Town Clerk, issued the marriage license on April 7, 2012.  Witnesses were Raymond Walker and Serena Ogletree.

Please annotate your records for the above-named inmate to read MARRIED.

I've always wanted to one day have another opportunity to convey my deepest sincere and heartfelt apologies to the family of Mr. Howard and all whom I hurt and caused pain through my thoughtless, reckless and unacceptable behavior. October 30th, 1990 is a moment in time I so badly wish I could take back, I will bear the guilt of my actions on that day for the rest of my life. Mr. Howard was a good man, I didn't know him personally but his occupation spoke volumes to his righteousness. Soon after being held responsible for Mr. Howard's death and sent to prison, I started realizing the impact and how much damage I caused. It was around this time I began seeing life differently, the best way to describe it, I was evolving into a remorseful compassionate adult. Gone was the reckless child who allowed himself to be so gullible and placed in high risk situations.

Past transgressions and the guilt associated keeps me humble, I'm in a place where I can not only reflect, but also have a mature understanding and healthier respect for life and what it takes to be a productive citizen in our great society. I make no excuses and accept full responsibility for my actions. I was a boy more than three hundred miles away from home who was easily influenced, I made a terrible mistake and unfortunately I may have to pay for it the rest of my life. Even more sad is in some sick way I once believed in the violent nature that I fell victim to. Thankfully my beliefs have changed, the journey to adulthood coupled with this lengthy incarceration helped me not only find myself, but defined myself. Prison is a cold, lonely, and bitter place, nobody's perfect, I've had my share of bumps and bruises during this incarceration. Importantly is the fact that violence or any type of aggression has never been a problem for me, I made a decision years ago to never let that person who harmed so many to ever exist again. I just consciously strive to do what's right, hopefully when all is said and

done my atonement for my sins will redeem me in the eyes of our Lord.

Neighborhoods I grew up in, bad generally outweighed the good, everything I knew and was exposed to basically contradicted what was acceptable in society. I mimicked and absorbed everything like a sponge, unavoidably gravitating toward the wrong. Unfortunately you name it, I either have direct experience concerning it or have witnessed it in some form or fashion. Most children faced with similar circumstances would travel down the wrong road too. I never asked to be brought up the way I did. One of a parents main responsibilities and obligations is to ensure that their children are decent human beings first and foremost, also in the - process do what's necessary to protect them from dangerous situations and bad influences. Sadly my parents failed at both, as early as I could remember it was them who introduced me to violence from physical altercations with each other. Both of them had heavy addictions to drugs along with an unhealthy affiliation to the streets which for the most part left me susceptible to a cold world.

School was definitely a struggle, I got expelled more times than I could count. I felt like the streets provided me with everything I needed. I couldn't read nor write but I somehow convinced myself that school was obsolete. I understand now that I was a product of that environment, bad habits developed I didn't discard fast enough. I know I had a choice, the amount of pressure on such a young person can be to much especially when everything around them is not only acceptable, but common practice.

-I'm extremely remorseful, I've grown into an individual who is compassionate and understands how precious life is. I ask for forgiveness and mercy, I pray that the court will allow me another opportunity to take

advantage of everything I once took for granted. I'm sorry for what I did,
I'll continue to have a heavy heart. Again I apologize to all whom I've hurt
and caused pain.